UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re CONTRERAS,

　　　　　　Plaintiff.

Case No. 22-cv-04733-HSG

**ORDER OF DISMISSAL**

United States District Court
Northern District of California

On August 19, 2022, the Court docketed a letter received from John A. Contreras, who is currently housed at Salinas Valley State Prison. Dkt. No. 1. Plaintiff alleged that prison officials had failed to keep him safe, resulting in Plaintiff being assaulted by another inmate. Plaintiff sought compensation for the injuries suffered. Because Plaintiff sought relief from this Court, the Court construed this letter as an attempt to open a civil rights action pursuant to 42 U.S.C. § 1983. The Court opened an action pursuant to this filing. That same day, the Court sent Plaintiff deficiency notices, instructing Plaintiff that he was required to file his complaint on a complaint by a prisoner form and to either pay the filing fee or file an application for leave to proceed *in forma pauperis*. Dkt. Nos. 2, 3. The Court sent Plaintiff a blank complaint form and an *in forma pauperis* application form. Dkt. Nos. 2, 3.

The deadline to file a complaint and either pay the filing fee or file an application for leave to proceed *in forma pauperis* has since passed. Plaintiff has not communicated with the Court, and has not filed the required documents. This action cannot proceed without a complaint on the proper form and either the filing fee or an application to proceed *in forma pauperis*. Accordingly, this action is DISMISSED for failure to file a complaint and for failure to either pay the filing fee or file an application to proceed *in forma pauperis*. The dismissal is without prejudice to Plaintiff

1   filing a motion to reopen the action.  Any motion to reopen must be accompanied by a complaint

2   on the proper form and either the filing fee or an application to proceed *in forma pauperis*.  The

3   Clerk shall enter judgment against Plaintiff and close the case.

4          **IT IS SO ORDERED.**

5   Dated:   10/7/2022

6   

7          HAYWOOD S. GILLIAM, JR.
         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2