UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CONTRERAS,<br><br>　　　　　　Plaintiff. | Case No. 22-cv-04733-HSG<br><br>**JUDGMENT** |

　　　　For the reason set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Court shall enter judgment against Plaintiff.

　　　　**IT IS SO ORDERED.**

Dated:   10/7/2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge